

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00330-CV

MICHAEL EDWARDS                                                    APPELLANT

V.

TEXANS CREDIT UNION                                                 APPELLEE

------------

## FROM COUNTY COURT AT LAW NO. 2 OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1]

----------

Appellant Michael Edwards appears to attempt to appeal from the trial court's order holding him in contempt. In a letter dated September 8, 2011, we notified Appellant of our concern that we lack jurisdiction over this appeal because contempt orders are not appealable.[2] We stated that unless Appellant

---

[1]See Tex. R. App. P. 47.4.

[2]See *Cadle Co. v. Lobingier*, 50 S.W.3d 662, 671 (Tex. App.—Fort Worth 2001, pet. denied).

or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal on or before September 19, 2011, the appeal could be dismissed for want of jurisdiction.[3] We did not receive a response.

Accordingly, we dismiss this appeal for want of jurisdiction.[4]

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED: November 3, 2011

---

[3]*See* Tex. R. App. P. 42.3(a), 44.3.

[4]*See* Tex. R. App. P. 42.3(a), 43.2(f).